UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**PETER JOHANSEN**,    Civil Case No. 3:13-CV-01082-KI

    Plaintiff,

                                  JUDGMENT

            v.

**COMMISSIONER SOCIAL SECURITY ADMINISTRATION**,

    Defendant.

    James S. Coon
    Swanson, Thomas, Coon & Newton
    The Thomas Mann Building
    820 SW 2nd Avenue, Suite 200
    Portland, Oregon  97204

        Attorney for Plaintiff

Page 1 - JUDGMENT

S. Amanda Marshall
United States Attorney
District of Oregon
Ronald K. Silver
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon  97201-2902

Courtney Garcia
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington  98104-7075

    Attorneys for Defendant

KING, Judge:

Based on the record,

    The decision of the Commissioner is hereby REVERSED, and this case is REMANDED to the Commissioner for a finding of disability.

    Dated this         11th         day of August, 2014.

                      /s/ Garr M. King
                      Garr M. King
                      United States District Judge