James S. Coon, OSB# 771450
jcoon@stc-law.com
SWANSON, THOMAS, COON & NEWTON
820 SW Second Ave, Suite 200
Portland, Oregon 97204
Ph. 503-228-5222   Fax 503-273-9175
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PETER JOHANSEN,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | CV# 3:13-CV-01082-KI<br><br>ORDER GRANTING UNOPPOSED MOTION FOR ATTORNEY FEES UNDER 42 U.S.C § 406(B) |

Plaintiff's counsel's motion for attorney fees pursuant to 42 U.S.C. § 406(b) (Dckt. 27) is GRANTED. Plaintiff's counsel is entitled to attorney fees in the amount of $6,000 under 42 U.S.C. § 406(b). Plaintiff's counsel has received no fees under 28 U.S.C. § 2412, the Equal Access to Justice Act. When issuing the 406(b) check, the agency is directed to send to plaintiff's counsel $6,000, minus any user fees.

Dated this 15th day of Dec, 2014.

_____
United States District Judge

Presented by:
James S. Coon
Swanson, Thomas, Coon & Newton
Of Attorneys for Plaintiff